# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIN ROBERTS, <br><br> Petitioner, <br><br> v. <br><br> FRED FOULK, <br><br> Respondent. | Case No. EDCV 14-0914-AB (JEM) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING EVIDENTIARY HEARING |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition is denied; (2) Petitioner's request for an evidentiary hearing is denied; and (3) Judgment shall be entered dismissing the action with prejudice.

DATED: October 28, 2016

ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE