# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIN ROBERTS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>FRED FOULK,<br><br>　　　　　　Respondent. | Case No. EDCV 14-0914-AB (JEM)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 28, 2016

　　　　　　　　　　　　　　　　　　　　　ANDRE BIROTTE, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE